■ In the Matter of WILTWYCK SCHOOL FOR BOYS, INC., Appellant, v. LESTER A. PERRY, Respondent. In the Matter of WILTWYCK SCHOOL FOR BOYS, INC., Appellant, v. THEODORE HILL, JR., et al., Respondents.— Motion by the Citizens' Committee For Children of New York, Inc., for leave to file brief as *amicus curiæ*, granted. The brief shall be filed and served on or before February 15, 1961. Nolan, P. J., Beldock, Ughetta, Kleinfeld and Pette, JJ., concur.

■ SANDRA H. SCHAUMBER, Respondent, v. GERARD D. SCHAUMBER, Appellant.— Motion by appellant for a stay of all proceedings to enforce the order appealed from, pending appeal, granted, on condition that appellant perfect the appeal and be ready to argue or submit it at the March Term, beginning February 27, 1961. The appeal is ordered on the calendar for said term. The record and appellant's brief must be served and filed on or before February 16, 1961. Nolan, P. J., Beldock, Ughetta, Kleinfeld and Pette, JJ., concur.

■ TOWN OF HARRISON, Appellant, v. COUNTY OF WESTCHESTER, Respondent.— Motion by seven taxpayers (Lester C. Lockwood et al.) for permission to file a brief as *amici curiæ*, granted. Nolan, P. J., Beldock, Ughetta, Kleinfeld and Pette, JJ., concur. ·

## (February 2, 1961)

■ HUGH BEGLEY, JR., Respondent, v. RUTH BEGLEY, Appellant.— Oral motion by the Protestant Council of the City of N. Y., for leave to file a brief as *amicus curiæ*, granted. Nolan, P. J., Beldock, Ughetta, Christ and Brennan, JJ., concur.

## (February 3, 1961)

■ In the Matter of ARTHUR M. CROMARTY, Individually and as a Member of the Board of Supervisors of Suffolk County, Respondent, v. WILLIAM LEONARD, as Presiding Officer of the Board of Supervisors of the County of Suffolk, et al., Appellants, and DAVID ZARON, as Secretary of the Civil Service Commission of the County of Suffolk, et al., Respondents.— Motion to add appeal to the February Term Calendar, denied. The appeal is ordered on the calendar for the March Term, commencing February 27, 1961. Appellants are directed to file and serve their brief and the record on or before February 15, 1961. Nolan, P. J., Kleinfeld, Christ, Pette and Brennan, JJ., concur.

■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v. CHARLES WARE, Appellant.— Motion by appellant to enlarge time granted; time enlarged to the April Term, beginning March 27, 1961; appeal ordered on the calendar for said term. Motion by appellant to dispense with printing, denied, with leave to renew on a proper showing of indigence. Nolan, P. J., Beldock, Ughetta, Kleinfeld and Pette, JJ., concur.

## (February 6, 1961)

■ VINCENZA ACCARDI, Respondent, v. JOSEPH A. ACCARDI, Appellant.— Motion by respondent to dismiss appeal denied, with leave to renew upon the argument of the appeal. Nolan, P. J., Beldock, Ughetta, Kleinfeld and Pette, JJ., concur.